**FILED**

June 02, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| VS | § | CRIMINAL NO.  5:22-CR-00121 (1) OLG |
| | § | |
| BRIAN MAHAN | § | |

## ORDER REVOKING SUPERVISED RELEASE
## AND RE-SENTENCING DEFENDANT

On May 21, 2026, came on to be considered the United States' Petition to Revoke the defendant's Supervised Release.  After due hearing, including consideration of all statutorily required factors and revocation policy statements, the Court finds that the defendant has violated conditions of his Supervised Release as alleged by the United States, and that the Ends of Justice and the best interests of the public will not be served by continuing the Defendant on supervised release.  Accordingly, for reasons pronounced by the Court and set forth in this petition to revoke.

**IT IS ACCORDINGLY ORDERED** that the United States' Petition to Revoke Supervised Release *[doc. 66]* is **GRANTED.**  The term of supervised release imposed on April 6, 2023, is hereby revoked and set aside.

**IT IS NOW THE ORDER AND SENTENCE** of this Court that the defendant is remanded to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of **Seven (7) Months** without credit for time previously served on supervision.  The defendant is continued in custody pending designation by the Federal Bureau of Prisons.

Upon release from confinement, the defendant shall serve a re-imposed Supervised Release term of **Nineteen (19) Months**. While on supervised release, the defendant shall comply with the mandatory and standard conditions adopted by this Court on November 28, 2016.

The Clerk shall provide the United States Marshal with a certified copy of this Order to be authority to said Marshal for his action in the premises.

Signed this 2nd day of June, 2026.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE